NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MCDAVID KNEE GUARD, INC.,**
*Plaintiff-Appellant,*

*and*

**STIRLING MOULDINGS LIMITED,**
*Plaintiff,*

**v.**

**NIKE USA, INC.,**
*Defendant-Appellee.*

---

2010-1171

---

Appeals from the United States District Court for the Northern District of Illinois in No. 08-CV-6584, Judge James F. Holderman.

---

**JUDGMENT**

---

KARL R. FINK, Fitch, Even, Tabin & Flannery, of Chicago, Illinois, argued for plaintiff-appellant.  With him on the brief were JOHN F. FLANNERY and PAUL B. HENKELMANN.

WILLIAM C. ROOKLIDGE, Howrey LLP, of Irvine, California, argued for defendant-appellee.  With him on the brief were RYAN E. LINDSEY, ALYSON G. BARKER and RUSSELL B. HILL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN and CLEVENGER, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 13, 2010  /s/ Jan Horbaly
  Date     Jan Horbaly
         Clerk